**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,                    CIVIL ACTION NO.:

            Plaintiff,                    HONORABLE:

vs.

AARON B. CARTER

            Defendant,

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, alleges that:

### Jurisdiction

1.      This court has jurisdiction over the subject matter of this action pursuant to Article III,

Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2.      The defendant is a resident of Oakland County, Michigan within the jurisdiction of this

Court and may be served with service of process at 17339 Westhampton Rd. Southfield, MI 48075.

### The Debt

3.  The debt owed to the United States of America is as follows:

| | | |
|---|---|---|
| A. | Current Principal *(after application of all prior payments, credits, and offsets)* | $1,420.48 |
| B. | Current Capitalized Interest Balance and Accrued Interest | $466.97 |
| C. | Administrative Fee, Costs, Penalties | $0.00 |
| D. | Credits previously applied *(Debtor payments, credits, and offsets)* | $1,377.18 |
| | **Total Owed** | **$1,887.45** |

The Certificate of Indebtedness, attached as Exhibit "A", shows the total owed excluding attorney's fees and CIF charges. Attorney's fees will be paid at 25% of $1,887.45; plus costs and post-judgment interest. The principal balance and interest balance shown on the Certificate of Indebtedness is correct as the date of the Certificate of Indebtedness after application of all prior payments, credits and offsets. Prejudgment interest accrues at the rate of 3.27% and a daily rate of $0.13 through June 30, 2011, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

### Failure to Pay

4.       Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A.       For the sums set forth in paragraph 3 above, plus prejudgement interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 and that interest on the judgment be at the legal rate until paid in full;

B.       For attorney's fees to the extent allowed by law to be paid at 25% of $1,887.45; plus costs and post-judgment interest; and,

C.       For such other relief which the Court deems proper.

Respectfully submitted,

By: */s/ Craig S. Schoenherr, Sr.* _____
     CRAIG S. SCHOENHERR, SR. (P32245)
     Attorney for Plaintiff
     O'Reilly Rancilio PC
     12900 Hall Rd Ste 350
     Sterling Heights, MI  48313
     Phone: (586) 726-1000
     Fax: (586) 726-1560
     cschoenherr@orlaw.com