# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 OF 1

Aaron B. Carter
17339 Westhampton Rd
Southfield, MI 48075-4311
Account No. XXXXX2511

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/15/11.

On or about 08/13/97, the borrower executed promissory note(s) to secure loan(s) of $3,500.00 from the U.S. Department of Education. This loan was disbursed for $1,750.00 on 09/03/97, at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 02/15/01. Pursuant to 34 C.F.R. § 685.202(b), a total of $311.92 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $1,377.18 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

Principal:            $1,420.48
Interest:             $466.97

Total debt as of 03/15/11:    $1,887.45

Interest accrues on the principal shown here at the current rate of 3.27 percent and a daily rate of $0.13 through June 30, 2011, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/23/11

_____
Loan Analyst
Litigation Support

EXHIBIT A

RECEIVED OCT 1 4 2010 BY: SR

# Direct Loans
## William D. Ford Federal Direct Loan Program
### U.S. Department of Education

OMB No. 1840-0687
Form Approved
Exp. Date 12/31/99

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

Federal Direct Stafford/Ford Loan
Federal Direct Unsubsidized Stafford/Ford Loan
**Promissory Note and Disclosure**

### Section A: To be completed by the Borrower

**1. Name (last, first, middle initial) and Address (street, city, state, zip code)**

CARTER, AARON B.
701 GREEN MOUNTAIN DRIVE
LITTLE ROCK, AR 72211-0000

**2. Social Security Number:** 2511

**3. Date of Birth:** /1972

**4. Area Code/Telephone Number:** (501) 225-0597

**5. Driver's License Number (List state abbreviation first.):** AR-214172511

**6. References:** You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | Thomas Taylor Ph.d | Elizabeth Castellanos |
| Permanent Address | 1806 Clara Dr | 1714 Jennifer Dr |
| City, State, Zip Code | Conway AR 72032 | Little Rock AR 72212 |
| Area Code/Telephone Number | (501) 329-3263 | (501) 227-7616 |

### Section B: To be completed by the School

**7. School Name:** UNIVERSITY OF CENTRAL ARKANSAS

**9. School Address (street, city, state, zip code):** BERNARD HALL SUITE 201, CONWAY, AR 72035

**8. Loan Period Approved:** From 08/25/1997 To 05/15/1998

**10. School Code/Branch:** G01092

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary. The interest rate for this note is variable.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | 1st | 08/15/1997 | $1750 | 4.00 | $70 | $1680 | VARIABLE |
| | 2nd | 01/02/1998 | $1750 | 4.00 | $70 | $1680 | |
| | 3rd | | | | | | |
| | 4th | | | | | | |
| | Total | | $3500 | | $140 | $3360 | |
| Direct Unsubsidized Loan | | | | | | | |
| | Total | | | | | | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of any loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a Statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissory Note will serve as my authorization for my loan proceeds to be credited to my student account by the school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Promissory Note is true and accurate. The proceeds of this loan will be used for authorized educational expenses at the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including National Defense Student Loans) or the Federal Family Education Loan Program, or Direct Loan Program, or if I am in default, I have made repayment arrangements that are satisfactory to the Secretary of the Department of Education.

**11. Identification Number(s)**

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

**12. Signature of Borrower** 8/13/97

RECEIVED AUG 2 5 1997

08/12/1997
09:38:16
SERVICER COPY